IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RONNIE V. WILLIAMS, #239426, a.k.a Ronald Vincent Williams, <br><br>    Plaintiff, <br><br> v. <br><br> CLIFF WALKER, *et al.*, <br><br>    Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CASE NO. 2:15-CV-729-WKW <br> )      [WO] <br> ) <br> ) <br> ) |

# **ORDER**

On January 27, 2016, the Magistrate Judge filed a Recommendation (Doc. # 39) addressing Plaintiff's Motion for Preliminary Injunction (Doc. # 31). No timely objections to the Recommendation have been filed. Upon an independent review of the file and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that the Recommendation (Doc. # 39) of the Magistrate Judge is ADOPTED and that Plaintiff's Motion for Preliminary Injunction (Doc. # 31) is DENIED.

It is further ORDERED that this action is REFERRED back to the Magistrate Judge for further proceedings.

DONE this 24th day of February, 2016.

    /s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE