IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RONNIE V. WILLIAMS, #239426 )<br>a.k.a., RONAL VINCENT WILLIAMS, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>CLIFF WALKER, *et al.,* )<br>)<br>    Defendants. ) | Case No. 2:15-cv-729-ECM-WC |

## **ORDER**

Now pending before the court is the Recommendation of the Magistrate Judge (Doc. 81) which recommends that the Defendants' motion for summary judgment (Docs. 36, 41, 49, and 51) be granted, the judgment be granted in favor of Defendants, and that Plaintiff's Complaint (Doc. 1) be dismissed with prejudice with costs taxed against Plaintiff. On May 7, 2018, Plaintiff filed objections to the Recommendation. (Doc. 82). The court has conducted an independent and *de novo* review of those portions of the Recommendation to which objections have been made. *See* 28 U.S.C. § 636(b). The court finds the objections to be without merit and due to be overruled.

Accordingly, it is **ORDERED** as follows:

1. The Plaintiff's objections (Doc. 82) be and are hereby **OVERRULED**.

2. The Recommendation of the Magistrate Judge (Doc. 81) be and is hereby **ADOPTED**.

3. The Answer and Special Report and supplements thereto of Defendants Phil Bryant, Cliff Walker, Robert Longshore, Bill Wynne, and Christopher Causey (Docs. 36, 41, 49, and 51), treated collectively herein as a motion for summary judgment, be and is hereby **GRANTED** and Defendants Phil Bryant, Cliff Walker, Robert Longshore, Bill Wynne, and Christopher Causey be and are hereby **DISMISSED** as parties to this action.

4. Costs be and are taxed against Plaintiff.

   A final judgment will be entered separately.

   **DONE** and **ORDERED** this 10th day of September 2018.

   /s/ Emily C. Marks
   EMILY C. MARKS
   UNITED STATES DISTRICT JUDGE